IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THURMAN M. WYATT,

              Petitioner,                      JUDGMENT IN A CIVIL CASE

v.                                                Case No. 11-cv-718-bbc

UNITED STATES OF AMERICA,

              Respondent.

       This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

       IT IS ORDERED AND ADJUDGED that petitioner Thurman M. Wyatt's motion for

post conviction relief under 28 U.S.C. § 2255 is DENIED for petitioner's failure to show that

he was denied the right to the effective assistance of counsel.


_____           _____12/21/11_____
   Peter Oppeneer, Clerk of Court                             Date